UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN CISNEROS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>GISELLE MATTESON,<br><br>　　　　　　Respondent. | Case No.: 1:21-cv-00201-NONE-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME<br><br>[Docs. 22, 23]<br><br>[DEADLINE: Nov. 15, 2021] |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 15, 2021, the Court issued Findings and Recommendations to dismiss the petition. (Doc. 21.) On October 4, 2021, Petitioner filed a motion for an extension of time to file objections. (Doc. 22.) He filed another request on October 8, 2021. (Doc. 23.)

Good cause having been presented and good cause appearing therefor, Petitioner is GRANTED thirty (30) days to and including November 15, 2021, to file objections.

IT IS SO ORDERED.

Dated: __**October 12, 2021**__　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1